# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

In Re:                                              §
                                                    §
ELLA STEWART,                                       §      Case No.: 17-70996-JHH-13
                                                    §
        Debtor.                                      §

## OBJECTION TO PROOF OF CLAIM 001
## OF UNITED CONSUMER FINANCIAL SERVICES

**COMES NOW** the debtor, Ella Stewart, by and through her attorney of record, Marshall Entelisano, and pursuant to 11 U.S.C. § 502, Bankruptcy Rules 3007, 9014, and 7004, and Rule 3007-1 of the Local Rules of the U.S. Bankruptcy Court for the Northern District of Alabama, moves the Court to allow Proof of Claim 001 of United Consumer Financial Services as a general unsecured claim, and as for reasons therefore states as follows:

1.      Proof of Claim 001 was filed as a secured claim without a recorded UCC-1 Financing Statement indicating that the creditor is entitled to a secured status.

      **WHEREFORE**, the premises considered, your debtor respectfully petitions this Honorable Court to enter an Order in favor of the debtor allowing Proof of Claim 001 as a general unsecured claim; and granting the debtor such other, different, or further relief as is just and equitable.

      Respectfully submitted this the _12th_ day of _July_, 2017.

          Marshall A. Entelisano, P.C.
          Marshall Entelisano (ENT001)
          Attorney for Debtor
          701 22nd Ave Unit 2
          Tuscaloosa, AL 35401
          Telephone: 752-1202

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading on United Consumer Financial Services in accordance with Bankruptcy Rule 7004(b) by depositing a copy of the foregoing in the U.S. Mail, properly addressed at the address below (as listed on the Proof of Claim), with first class postage prepaid; and on **C. David Cottingham, Trustee**, via email/ CM-ECF this the ____ day of _____ , 2017.

**UNITED CONSUMER FINANCIAL SERVICES**
c/o Bass and Associates
3936 E Ft Lowell Rd.
Suite 200
Tucson, AZ 85712

Marshall Entelisano (ENT001)
Attorney for Debtor